**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00475-LTB

LUKE IRVIN CHRISCO,

    Plaintiff,

v.

RICK RAEMISCH, Exec. Dir. CDOC,
DAVID M. JOHNSON, Warden DRDC [struck] [no longer at DRDC], and
LAURIE TAFOYA, Warden, San Carlos Prison, Pueblo, Colorado Republic, [party
    added due to custody transfer],

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Combined Motion to Reopen Case, for Leave to Proceed In Forma Pauperis and for Extension of Presumptive Time in Which to Amend Initial Pleading" (ECF No. 15) is DENIED. The instant action was dismissed by order filed on May 7, 2015, and Plaintiff presents no argument or authority that would justify reopening the action. Plaintiff is reminded, however, that the action was dismissed without prejudice. Therefore, if Plaintiff wishes to pursue his claims, he may do so by filing a new action. Plaintiff's request for a free copy of his original complaint and exhibits filed in this action and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 14) also are denied. Plaintiff may obtain copies by contacting the clerk of the Court and paying any necessary fees.

Dated: July 23, 2015